IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
          v.                      :          **CRIMINAL NOS. 08-171 & 09-179**
                                  :
KEINO HERRING                     :
USM# 55421-066                    :

## O R D E R

**AND NOW** this _18th_ day of _February_ , 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 96 months, effective November 1, 2015.

**BY THE COURT:**

**THE HONORABLE CYNTHIA M. RUFE**
United States District Court Judge

cc
U.S. M.S. CXL